UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION NO: |
| VERSUS | * | JUDGE |
| MARIA A. McMILLAN | * | MAGISTRATE JUDGE |

**C O M P L A I N T**

Now comes the United States of America, through the United States Attorney for the Western District of Louisiana, Zachary A. Keller, and the undersigned Assistant United States Attorney, who bring this action against Maria A. McMillan and respectfully represents that:

**JURISDICTION AND THE PARTIES**

1.

This Court has jurisdiction under the provisions of 28 U.S.C. § 1345 in that this is an action of a civil nature on behalf of the United States of America.

2.

The defendant, Maria A. McMillan ("McMillan"), is a resident of Monroe, Louisiana, within the jurisdiction of this court.

3.

Having failed to repay her nursing scholarship to the United States Department of Health and Human Services ("HHS"), McMillan is indebted unto the United States of America in the amount of $46,796.53, as more fully shown on the Certificate of Indebtedness attached hereto. (Exhibit A).

4.

The above amount is due and unpaid despite amicable demand. HHS referred McMillan's case to the United States Department of Justice for litigation.

**APPLICABLE LAW**

5.

Title 42 provides guidance on loan repayment and scholarship programs, and 42 U.S.C. § 297n(g)(1)(A) specifically provides guidance for an individual who receives an award of Federal funds for attending an accredited program of nursing.

6.

Pursuant to 42 U.S.C. § 297n, an individual is liable to the Federal Government for the amount of the Federal funds award they receive when they fail to comply with their obligation to serve the required period at a health care facility that is suffering from a critical shortage of nurses.

7.

Further, 42 U.S.C. § 297n(g)(1)(B) provides that said "individual is liable to the Federal Government for the amount of such award and for interest on such amount at the maximum legal prevailing rate if the individual fails to provide health services in according with the program under this section for the period of time appliable under the program."

**FACTUAL ALLEGATIONS AND PROCEDURAL HISTORY**

8.

McMillan signed a contract to participate in the Nursing Scholarship Program of the Public Health Service Act. 42 U.S.C. § 297n(d). The contract requires that McMillan serves one (1) year of obligated service for each year of scholarship support, with a minimum of two (2) years full-time clinical service.

9.

McMillan was approved to receive a scholarship award for the 2005-2006 school year. In addition, she received a continuing scholarship award for the 2006-2007 school year. The funds received represented tuition, fees, monthly stipends, and other reasonable educational costs.

10.

McMillan received a letter from HHS dated August 15, 2011, notifying her that she was out of compliance with her contract because she had failed to secure employment at an approved facility that is suffering from a critical shortage of healthcare professionals. (Exhibit B).

11.

McMillan received a letter from HHS dated April 18, 2012, informing her that she had been placed in default of the condition of her contract, effective October 17, 2011. (Exhibit C). This letter also provided instructions for repayment and the next steps HHS would take to collect the debt.

12.

On March 17, 2026, HHS referred this matter to the Department of Justice for appropriate action, notified McMillan of the referral, and informed her that in order to avoid legal action, she must pay the amount he owes immediately. *Id.* At the time of the referral, McMillan's total amount due is $46,796.53.

13.

To date, McMillan has not paid her debt despite repeated amicable demand.

## CONCLUSION

14.

McMillan is indebted to the United States of America in the amount of $46,796.53. The letters from the Department of Health and Human Services to McMillan, along with the Certificate of Indebtedness, establish the amount of McMillan's debt. The Certificate of Indebtedness is signed under penalty of perjury by HHS's Chief of the Debt Referral Section.

## PRAYER FOR RELIEF

WHEREFORE, plaintiff, United States of America, prays for judgment against the defendant in the amount of $46,796.53, any penalty and/or administrative charges, plus accrued interest from March 6, 2026, to date of judgment at the rate of 10.875% per annum, plus interest thereafter at the legal rate until paid in full, compounded annually pursuant to the provisions of 28 U.S.C. §1961(b), as amended, together with all costs of this proceeding, including $402.00 filing fees allowed pursuant to 28 U.S.C. §2412 (a)(2); and for all just and equitable relief.

UNITED STATES OF AMERICA

ZACHARY A. KELLER
UNITED STATES ATTORNEY

By:*/s/Aaron D. Beyt*
Aaron D. Beyt (Bar Roll No. 32827)
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, Louisiana 70501-6832
(337) 262-6618
Email: aaron.beyt@usdoj.gov